FILED
JUN 22 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) **4:16CR00265 JAR/PLC** ) |
| WESLEY STEIN, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b) "sexually explicit conduct" to mean actual or simulated--

    (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

    (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. § 2256(2)(A));

1

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C. §2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about September 4, 2012, and on or about December 5, 2012, within the Eastern District of Missouri and elsewhere,

**WESLEY STEIN,**

the defendant herein, did knowingly possess material that contained images and videos of child pornography that was produced using materials that traveled in interstate commerce, to wit, an HP tower style computer containing a Hitachi hard drive that was produced outside Missouri and

2

therefore has traveled in interstate and foreign commerce, and said hard drive contained child pornography, including but not limited to the following:

  a. DSCF0121_0.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals;

  b. 372058_100001075908071_2117160515_n[1].jpg, which is a graphic image file depicting a prepubescent female in lascivious display of her genitals;

  c. Laika3-09.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals; and

  d. laika2-8&9.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about September 4, 2012, and on or about December 5, 2012, within the Eastern District of Missouri and elsewhere,

**WESLEY STEIN,**

the defendant herein, did knowingly possess material that contained images and videos of child pornography that was produced using materials that traveled in interstate commerce, to wit, an Compaq Presario tower style computer containing a Seagate hard drive that was produced

3

outside Missouri and therefore has traveled in interstate and foreign commerce, and said hard drive contained child pornography, including but not limited to the following:

1. pthc 9yo girl webcam finger ass (new 2011).avi, which is a video file depicting a prepubescent minor female in lascivious display of her genitals and inserting her finger into her posterior and genitals;

2. TenderSuck2 Frifam.avi, which is a video file depicting a prepubescent minor female engaging in oral sex with an adult male;

3. 11yo env Samantha 13 uk part 3 webcam msn 2007.avi; which is a video file depicting a prepubescent minor female in lascivious display of her genitals and touching her genitals; and

4. IMG_3549.JPG, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about September 4, 2012, and on or about December 5, 2012, within the Eastern District of Missouri and elsewhere,

**WESLEY STEIN,**

the defendant herein, did knowingly possess material that contained images and videos of child pornography that was produced using materials that traveled in interstate commerce, to wit, a

Hitachi USB external hard drive that was produced outside Missouri and therefore has traveled in interstate and foreign commerce, and said hard drive contained child pornography, including but not limited to the following:

1. 023.JPG, which is a graphic image file depicting a minor female in lascivious display of her genitals;

2. 87632511.jpg, which is a graphic image file depicting a minor female in lascivious display of her genitals;

3. 2011 pthc_0165 (14yo strokes & fucks fat man) HQ = Incest – Girl (11Yo) You Will Take In Hands You Attract A thing --(Lolita)New2009-Lizzies.avi, which is a video file depicting a prepubescent minor female masturbating an apparent adult male and rubbing her genitals on the apparent adult male's genitals; and

4. Nablot 12yo Sucks Fucks.avi, which is a video file depicting a prepubescent minor female engaged in oral and vaginal intercourse with an apparent adult male.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

## COUNT IV

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about September 4, 2012, and on or about December 5, 2012, within the Eastern District of Missouri and elsewhere,

**WESLEY STEIN,**

the defendant herein, did knowingly possess material that contained images of child pornography that was produced using materials that traveled in interstate commerce, to wit, a SanDisk USB flash drive that was produced outside Missouri and therefore has traveled in interstate and foreign commerce, and said flash drive contained child pornography, including but not limited to the following:

1. T-47317-NEW! pedo 9yo Tori 01 lsm kdquality childlover pthc kidzilla 42.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals; and

2. PTHC Childlover P014 - Copy.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals;

3. s06_224 – Copy.jpg, which is a graphic image file depicting a prepubescent minor female in lascivious display of her genitals; and

4. Webcam - 11yo 2 showing(1).mpg, which is a video file depicting two prepubescent minor females in lascivious display of their genitals on a web camera.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
GILBERT C. SISON, #52346MO
Assistant United States Attorney