# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must reside in a residential reentry center for a term of not more than six months. You must follow the rules and regulations of the center.**

**The defendant's subsistence fees owed to the Residential Re-entry Center will be waived in full, as opposed to the previously established 25% of gross income for subsistence payments.**

Witness: *Brad Mueller*
Brad W. Mueller
U.S. Probation Officer

Signed: *Wesley Stein*
Wesley Stein
Probationer or Supervised Releasee

June 18, 2018
Date